IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv9

| | |
|---|---|
| A.B., as lawful guardian ad litem of Minor child, L.B., ) ) ) Plaintiffs, ) ) v. ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al, ) ) Defendants. ) ) | **ORDER** |

Pending before the Court is Motion to Seal [# 31]. Defendants move for leave to file exhibits to their Motion to Consolidate under seal. Upon a review of the record and the relevant legal authority, the Court **GRANTS** the motion [# 31]. Defendants may file under seal the exhibits that contain identifying information of the minors and their families, as well as sensitive information regarding the physical and mental condition of the minors. The Clerk shall maintain the documents under seal until further order of this Court with access restricted to the Court and the attorneys of record in this case.

Signed: November 26, 2013

Dennis L. Howell
United States Magistrate Judge