IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv9

| | |
|---|---|
| A.B., as lawful guardian ad litem of Minor child, JANE DOE, ) ) ) Plaintiffs, ) ) v. ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al, ) ) Defendants. ) _____ ) | ORDER |

Pending before the Court is the Motion to Seal [# 44]. Upon a review of the motion, the documents subject to the request to seal, and the relevant legal authority, the Court **GRANTS** the motion [# 44]. Defendants may file under seal with access restricted to the Court and the attorneys of record in this case the documents set forth in Defendants' motion [# 44].

Signed: December 6, 2013

Dennis L. Howell
United States Magistrate Judge