THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NOS. 1:12-cv-00334-MR-DLH and 1:13-cv-00009-MR-DLH

| | |
|---|---|
| P.B., as lawful guardian *ad litem* of Minor Child, M.B., ) ) ) Plaintiff, ) ) vs. ) ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al., ) ) Defendants. ) _____ ) ) A.B., as lawful guardian *ad litem* of ) Minor Child, M.B., ) ) Plaintiff, ) ) vs. ) ) ) BURKE COUNTY PUBLIC SCHOOLS ) BOARD OF EDUCATION, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Mediator's Report advising

that these matters have been settled except as to the claims pending

against Defendant Michael Alexander [Civil Case No. 1:12-cv-00334-MR-DLH, Doc. 91; Civil Case No. 1:13-cv-00009-MR-DLH, Doc. 63].

In light of the Mediator's Report, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiffs shall have thirty (30) days from the entry of this Order to file motions for approval of the minor settlements;

(2) Defendants' Motions for Summary Judgment [Civil Case No. 1:12-cv-00334-MR-DLH, Docs. 41, 62] are **DENIED AS MOOT**;

(3) In light of the parties' settlement of the claims pending against Defendants Burke County Public Schools Board of Education and Linda Bradshaw, the pretrial conference currently scheduled for April 29, 2014 is **CANCELLED**, and these cases are **CONTINUED** from the May 12, 2014 trial calendar; and

(4) The Court will conduct a status conference regarding the Plaintiffs' remaining claims against Defendant Michael Andrew Alexander at the same time that the Court conducts a hearing on the motions for approval of the minor settlements.

**IT IS SO ORDERED.**         Signed: April 25, 2014

Martin Reidinger
United States District Judge